# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TIMOTHY B. WILKS,

        Plaintiff,

        v.                                           Case No. 08-cv-01085

MICHAEL THURMER, SANDY HAUTAMAKI,
and CAPTAIN THOMAS CORE

        Defendants.

## ORDER

On July 13, 2010, the parties filed a joint motion for stay of summary judgment proceedings until October 1, 2010. The parties assert that they believe they have settled the case, but that the terms of settlement require time-based tasks. They further assert that they will notify the court on or before October 1, 2010, whether the case has settled.

**IT IS THEREFORE ORDERED** that the parties' joint motion for stay of summary judgment proceedings (Docket #131) be and hereby is **Granted**;

**IT IS FURTHER ORDERED** that all proceedings in this case, including court action on the pending motions for summary judgment, are **Stayed**; and

**IT IS FURTHER ORDERED** that if the case is not settled by October 1, 2010, counsel for the defendants shall advise the court in writing on that date as to the status of the case.

Dated at Milwaukee, Wisconsin this 19th day of July, 2010.

                                                    **BY THE COURT:**

                                                    s/ William E. Callahan, Jr.
                                                    WILLIAM E. CALLAHAN, JR.
                                                    United States Magistrate Judge